## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 18-02271 |
| ROBERT MSCHUMANN, | ) | |
| | ) | |
| Debtor. | ) | Chapter 13 |

### DECLARATION OF ALISA SOBCZYK

1. I am over eighteen years of age and have personal knowledge of the following facts.

2. I am the Litigation Manager of Transport Funding, LLC. and, in that capacity, have personal knowledge of the books and records of Transport Funding kept in the ordinary course of the business of Transport Funding, relating to the account of Robert M. Schumann.

3. On January 18, 2018, Transport Funding received an email from Robert Schumann in which Mr. Schumann threatened to park the truck which is the collateral of Transport Funding and strip the tires and other parts from the truck.

Pursuant to 28 U.S.C. §1746, I hereby declare under the penalty of perjury that the foregoing is true and correct.

Dated:  February 27, 2018

_____/s/ Alisa Sobczyk_____